No. 60101.—Astra Bentwood Furniture Co. *v.* United States, protest 264879–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wooden chair seats similar in all material respects to those the subject of Abstract 59222, the claim of the plaintiff was sustained.